JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET S. DOWNIE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | Case No. CV 11-04566 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: March 19, 2012

                                  ARTHUR NAKAZATO
                  UNITED STATES MAGISTRATE JUDGE