JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET S. DOWNIE, | Case No. CV 11-04566 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: March 19, 2012

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE